UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE ASHMAN**

**FILED**
MAR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR  218** |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER: _____ |

The undersigned Affiant personally appeared before <u>Martin C. Ashman</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>Madison, Wisconsin</u>, in the western District of Wisconsin, one <u>Maurice Bowman</u> was charged with a violation of Section <u>841(a)(1)</u> of the United States Code, Title <u>21</u>, for the offense of <u>possession with intent to distribute crack cocaine,</u> and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an <u>Arrest</u> Warrant and indictment is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Hemal B. Patel
Deputy United States Marshal

Subscribed and sworn to before me this
<u>14st</u> day of <u>March</u>, 2008.

_____
MARTIN C. ASHMAN
United States Magistrate Judge

<u>William R. Hogan, Jr.</u>
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at _____

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: WESTERN DISTRICT OF WISCONSIN

DOCKET NO.: 07 CR 139

MAGISTRATE JUDGE CASE NO.: S

United States of America

v.

Maurice Bowman, aka: "Reese"

Defendant.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:

Maurice Bowman, aka: "Reese"
Address Unknown

Warrant Issued on the Basis of:

[X] Indictment   [ ] Order of Court   [ ] Information   [ ] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession With Intent to Distribute Crack Cocaine

IN VIOLATION OF 21 U.S.C. Section 841(a)(1) and 18 U.S.C. Section 2

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court: THERESA M. OWENS | (By) Deputy Clerk [signature] | Date Issued: OCT 11 2007 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

Date Received:                                    Date Executed:

Name and Title of Arresting Officer:              Signature of Arresting Officer:

FID # 1396270

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE BOWMAN,<br>aka: "Reese,"<br><br>Defendant. | INDICTMENT<br><br>Case No. 07 CR 139 S<br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br><br>**SEALED** |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 3, 2007, in the Western District of Wisconsin, the defendant,

MAURICE BOWMAN, aka: "Reese,"

knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2).

A TRUE BILL

_____
PRESIDING JUROR

_____
ERIK C. PETERSON
United States Attorney

CC: DEPT., USA, USM, PROBA. FDS, SLC, JCS

Date OCT 1 1 2007

By _____

Indictment returned: 10/10/2007