## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 218 - 1 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. Maurice Bowman | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 3/14/2008. Defendant appears in response to arrest on 3/14/2008. Defendant informed of his rights. Jeffrey J. Levine is appointed as counsel for defendant for today's purposes only. Defendant waives identity hearing. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Order defendant removed to the United States District Court for the Western District of Wisconsin in custody.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|