UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
March 18, 2008

Honorable Theresa M. Owens
Clerk/Magistrate
United States District Court
320 Robert W. Kastenmeier
United States Courthouse
120 North Henry Street
Madison, WI 53703-4304

**Re:** United States of America v. Maurice Bowman  - 08 CR 218

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet, Case No.: 08 CR 218 | _X_ | Order of Removal dated: 3/14/08 |
| _X_ | Affidavit in Removal | ____ | Final Commitment Proceedings |
| ____ | Financial Affidavit | ____ | Temporary Commitment |
| ____ | Order appointing counsel | ____ | Order setting conditions of release |
| ____ | CJA 20 Form | ____ | Detention Order |
| _X_ | Appearance form | ____ | Appearance Bond |
| | | ____ | Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk