

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X M. Olson  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) M. OLSON   C. Date of Delivery 3/21/08 |
| 1. Article Addressed to: 08 CR 218<br><br>Honorable Theresa M. Owens<br>Clerk/Magistrate<br>United States District Court<br>320 Robert W. Kastenmeier<br>United States Courthouse<br>120 North Henry Street<br>Madison, WI 53703-4304 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08 CR 218<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0005 2036 0067 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE MADISON WI
21 MAR 2008 PM

RECEIVED MAR 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Sender: Please print your name, address, and ZIP+4 in this box

DOBBINS
COURT
STREET
60604

08 CR 218