UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

DOC NO
REC'D/FILED

2008 MAR 21  AM 11: 35

THERESA M. OWENS
CLERK US DIST COURT
W D OF WI

**MICHAEL W. DOBBINS,
CLERK**

OFFICE OF THE CLERK
March 18, 2008

Honorable Theresa M. Owens
Clerk/Magistrate
United States District Court
320 Robert W. Kastenmeier
United States Courthouse
120 North Henry Street
Madison, WI 53703-4304

FILED
Mar 28, 2008
MAR 28 2008  RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Re:** United States of America v. Maurice Bowman - 08 CR 218

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 218 | _X_ Order of Removal dated: 3/14/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| ___ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk